JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. OBENSTINE, | Case No. SA CV 22-1843 FMO (JDEx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHAHRAM RON ALIKANI, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 9th day of January, 2023.

/s/
Fernando M. Olguin
United States District Judge